# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LEONARD GONZALEZ, SR.,

    Plaintiff,

vs.                                      Case No. 3:10cv376/MCR/EMT

JAMES OWENS, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 3, 2011. (Doc. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's notice of voluntary dismissal (doc. 8) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 2nd day of February, 2011.

                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**